1  GOLDSMITH & HULL/File #C9920844
   A Professional Corporation
2  William I. Goldsmith  (SBN 82183)
   Michael L. Goldsmith (SBN 291700)
3  16933 Parthenia Street, Suite 110
   Northridge, CA 91343
4  Tel.: (818) 990-6600
   Fax: (818) 990-6140
5  **govdept1@goldsmithcalaw.com**

6  Attorneys for Plaintiff

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  CASE NO. 2:17-cv-01313-JAK-RAO
                                    )
12              Plaintiff,          )
                                    )
13 v.                               )
                                    )      DEFAULT JUDGMENT
14 KIMBERLY L. EVANS,               )
                                    )
15                                  )
                Defendant.          )
16 _____ )

17      In the above-entitled action the Clerk of this Court having entered a default
18 against Defendant(s) KIMBERLY L. EVANS,  on  **MAY 22,2017**     for failure to
19 respond or appear; and a declaration on behalf of Plaintiff having been filed which
20 satisfies the requirements of  F.R.Civ. P. 55(b),

21      IT IS ADJUDGED that Plaintiff, United States of America, shall have and
22 recover from Defendant(s) KIMBERLY L. EVANS, the sum of $3,302.95  principal,
23 $7,562.39  accrued pre-judgment interest, $0.00 penalties/administrative charges,
24 $495.50 court
25 //
26 //
27 //
28 //

1 //
2 cost, plus $530.30 attorneys fees, less credits of $0.00, for a total of $11,891.14 plus
3 interest from May 30, 2017, at the rate of $0.58 and $0.24 per day to date of entry of
4 judgment. Judgment to accrue interest at the legal rate until paid.

6 DATE: May 31, 2017          KIRY K. GRAY, CLERK OF THE COURT
                              U.S. District Court Central District of California

11                         BY: *[signature]*
                              DEPUTY CLERK

28 :P549F